```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TARA I. ALLEN, Bar #235549
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    SHAWN COGGINS
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,    ) MAG. 06-246-GGH
12                               )
                 Plaintiff,      ) STIPULATION AND ORDER
13                               )
        v.                       ) Date:  November 29, 2006
14                               ) Time:  9:00 a.m.
    SHAWN COGGINS,               ) Judge: Gregory G. Hollows
15                               )
                 Defendant.      )
16                               )
    _____ )
17
```

18      The United States of America, through MATTHEW C. STEGMAN,

19  Assistant United States Attorney, together with defendant, SHAWN

20  COGGINS, by and through his counsel TARA I. Allen of the Federal

21  Defenders Office, stipulate that the court trial set for October 25,

22  2006 be continued to November 29, 2006 at 9:00 a.m.

23      Counsel for defendant has been ill and will be out of the office

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

during the week of this trial.  Counsel needs time to review the discovery and discuss the case with the defendant.

Dated: October 19, 2006

                                          Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          /s/ Tara I. Allen
                                          _____
                                          TARA I. ALLEN
                                          Staff Attorney
                                          Attorney for Defendant
                                          SHAWN COGGINS

Dated:  October  20, 2006        MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Matthew Stegman
                                          _____
                                          MATTHEW STEGMAN
                                          Assistant U.S. Attorney

**O R D E R**

    IT IS SO ORDERED that the court trial is now set for November 29, 2006 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 10/25/06                         /s/ Gregory G. Hollows
                                          _____
                                          Gregory G. Hollows
                                          United States Magistrate Court

coggins.ord