1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TARA I. ALLEN, Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   SHAWN COGGINS

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    )
                                )   MAG.S. 06-246-GGH
10              Plaintiff,      )
                                )   **STIPULATION AND ORDER TO**
11        v.                    )   **CONTINUE SELF SURRENDER DATE**
                                )
12                              )
   SHAWN COGGINS,               )
13                              )
                Defendant.      )   JUDGE: Hon. Gregory G. Hollows
14                              )
   _____

15

16

17    It is hereby stipulated and agreed to between the United States of

18 America through MATTHEW STEGMAN, Assistant U.S. Attorney, and

19 defendant, SHAWN COGGINS, by and though her counsel, TARA I. ALLEN,

20 Staff Attorney, to the following:

21        1.  That this defendant was sentenced to 10 days of imprisonment

22 and has a self-surrender date of March 30, 2007 to Rio Consumnes

23 Correctional Center.

24        2.  That this defendant has is currently in computer training at

25 the Tracy Defense Depot for his new job and will the training course

26 will not be completed until April 20, 2007.    The defendant is

27 requesting an extension of his voluntary surrender date until Friday,

28 April 27, 2007 by 2:00 p.m.

3.  That defense counsel has been in contact with United States Probation Officer, Teresa Hoffman and Certified Law Clerk, Laura Friedman with the United States Attorneys Office, and they have no objection to continuing this defendant's self-surrender date.

Therefore, it is hereby agreed that the defendant's self surrender date of Friday, March 30, 20007 be continued to Friday, April 27, 2007 at 2:00 p.m.

DATED: March 19, 2007                Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender

                                     /s/ Tara I. Allen
                                     _____
                                     TARA I. ALLEN
                                     Attorney for Defendant
                                     SHAWN COGGINS


                                     McGREGOR SCOTT
                                     United States Attorney


                                     /s/ Matthew Stegman
DATED: March 19, 2007                _____
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**


DATED: 3/20/07                       /s/ Gregory G. Hollows
                                     _____
                                     GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE

coggins.ord2